# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: FOGERTY, SANDRA L. § Case No. 14-82829
§
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of The U S Bankruptcy Court
327 S Church Street, Room 1100
Rockford IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 05/27/2015 in Courtroom 3100, United States Courthouse, 327 S Church Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  03/19/2015            By:  /s/BERNARD J. NATALE
                                                                           Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: FOGERTY, SANDRA L.            § Case No. 14-82829
                                     §
                                     §
Debtor(s)                            §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 5,000.00 |
| *and approved disbursements of* | $ 40.00 |
| *leaving a balance on hand of* [1] | $ 4,960.00 |
| **Balance on hand:** | $ 4,960.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

| | |
|---:|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 4,960.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - BERNARD J. NATALE | 1,250.00 | 0.00 | 1,250.00 |
| Attorney for Trustee, Fees - ATTY. BERNARD J. NATALE | 1,320.00 | 0.00 | 1,320.00 |
| Attorney for Trustee, Expenses - ATTY. BERNARD J. NATALE | 28.32 | 0.00 | 28.32 |

| | |
|---:|---:|
| Total to be paid for chapter 7 administration expenses: | $ 2,598.32 |
| Remaining balance: | $ 2,361.68 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 2,361.68

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 2,361.68

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 28,949.73 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 4,183.19 | 0.00 | 341.27 |
| 2 | Discover Bank | 8,469.36 | 0.00 | 690.92 |
| 3 | American InfoSource LP as agent for | 4,388.39 | 0.00 | 358.00 |
| 4 | Capital One, N.A. | 3,290.61 | 0.00 | 268.44 |
| 5 | Capital Recovery V, LLC | 1,472.23 | 0.00 | 120.10 |
| 6 | Capital Recovery V, LLC | 3,413.92 | 0.00 | 278.50 |
| 7 | Portfolio Recovery Associates, LLC, Successor | 3,732.03 | 0.00 | 304.45 |

Total to be paid for timely general unsecured claims: $ 2,361.68
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By:  /s/BERNARD J. NATALE
Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                         United States Bankruptcy Court
                         Northern District of Illinois
In re:                                                            Case No. 14-82829-TML
Sandra L. Fogerty                                                 Chapter 7
         Debtor
                            CERTIFICATE OF NOTICE
District/off: 0752-3       User: cshabez              Page 1 of 2          Date Rcvd: Apr 30, 2015
                           Form ID: pdf006            Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 02, 2015.
db             +Sandra L. Fogerty,    725 Tanglewood Drive,    Algonquin, IL 60102-4505
22402223      #+Allied Interstate,    PO Box 4000,    Warrenton, VA 20188-4000
22720730       Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
22402225       Chase,   PO Box 24696,    Columbus, OH 43224-0696
22402226      +Citi Cards Private Label,    PO Box 20483,    Kansas City, MO 64195-0483
22402229      +GC Services Ltd,    6330 Gulfton,    Houston, TX 77081-1198
22402234       Leonard Fogerty,    346 W. Spring Street,    South Elgin, IL 60177
22402235      +Macy's Bankruptcy Processing,    P.O. Box 8053,    Mason, OH 45040-8053
22402236      +Meyer & Njus, P.A.,    1100 U.S. Bank Plaza,    200 South Sixth Street,
                 Minneapolis, MN 55402-1403
22402237      +Nations Recovery Center Inc.,    6491 Peachtree Industrial Blvd,    Atlanta, GA 30360-2100
22900539      +Portfolio Recovery Associates, LLC, Successor,     to GE CAPITAL RETAIL BANK (JC PENNEY),
                 POB 41067,   Norfolk, VA 23541-1067
22402238      +Sears,   PO Box 6276,    Sioux Falls, SD 57117-6276
22402239      +Target,    Bankruptcy Department,    PO Box 1327,    Minneapolis, MN 55440-1327

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22402222      +E-mail/Text: roy.buchholz@allianceoneinc.com May 01 2015 01:17:05
                 Alliance One Receivables Management,    4850 Street Road Suite 300,
                 Feasterville Trevose, PA 19053-6643
22651512       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 01 2015 01:22:28
                 American InfoSource LP as agent for,    TD Bank, USA,    PO Box 248866,
                 Oklahoma City, OK  73124-8866
22850396       E-mail/PDF: rmscedi@recoverycorp.com May 01 2015 01:22:22     Capital Recovery V, LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
22402228       E-mail/PDF: mrdiscen@discover.com May 01 2015 01:22:37      Discover,   PO 3008,
                 New Albany, OH 43054-3008
22402227       E-mail/PDF: mrdiscen@discover.com May 01 2015 01:22:37      Discover,   PO Box 3008,
                 New Albany, OH 43054-3008
22624089       E-mail/PDF: mrdiscen@discover.com May 01 2015 01:22:37      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
22402230       E-mail/PDF: gecsedi@recoverycorp.com May 01 2015 01:22:19     GE Capital Retail Bank,
                 Attn: Bankruptcy Dept,    PO Box 965060,    Orlando, FL 32896-5060
22402231       E-mail/PDF: gecsedi@recoverycorp.com May 01 2015 01:22:19     GE Capitol,   PO Box 965061,
                 Orlando, FL 32896-5033
22402232      +E-mail/PDF: gecsedi@recoverycorp.com May 01 2015 01:22:19     GE Capitol Retail Bank,
                 P.O. Box 960060,    Orlando, FL 32896-0060
22402233      +E-mail/Text: bnckohlsnotices@becket-lee.com May 01 2015 01:17:17     Kohl's Credit/Recovery,
                 P.O. Box 3004,    Milwaukee, WI 53201-3004
                                                                                             TOTAL: 10

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22402224*     +Allied Interstate,    PO Box 4000,    Warrenton, VA 20188-4000
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2015                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0752-3          User: cshabez              Page 2 of 2              Date Rcvd: Apr 30, 2015
                              Form ID: pdf006            Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 28, 2015 at the address(es) listed below:
          Bernard J Natale   on behalf of Trustee Bernard J Natale natalelaw@bjnatalelaw.com
          Bernard J Natale   natalelaw@bjnatalelaw.com, IL42@ecfcbis.com
          Cynthia J Briscoe   on behalf of Debtor Sandra L. Fogerty briscoelaw@earthlink.net
          Meghan N Bolte   on behalf of Trustee Bernard J Natale mmagnuson@bjnatalelaw.com,
           mbolte@bjnatalelaw.com
          Patrick S Layng   USTPRegion11.MD.ECF@usdoj.gov
                                                                                                                  TOTAL: 5