# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: FOGERTY, SANDRA L. | § | Case No. 14-82829-RNDG |
| | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $170,251.55
*(without deducting any secured claims)*

Assets Exempt: $28,910.55

Total Distribution to Claimants: $2,361.68

Claims Discharged
Without Payment: $45,542.40

Total Expenses of Administration: $2,638.32

3)  Total gross receipts of $     5,000.00     (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $     0.00     (see **Exhibit 2**), yielded net receipts of  $5,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $188,282.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,638.32 | 2,638.32 | 2,638.32 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 44,102.92 | 28,949.73 | 28,949.73 | 2,361.68 |
| **TOTAL DISBURSEMENTS** | $232,384.92 | $31,588.05 | $31,588.05 | $5,000.00 |

4)  This case was originally filed under Chapter 7 on September 18, 2014. The case was pending for 10 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/26/2015              By: /s/BERNARD J. NATALE
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2008 Ford Edge | 1129-000 | 5,000.00 |
| **TOTAL GROSS RECEIPTS** | | $5,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Chase | 4110-000 | 188,282.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $188,282.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ATTY. BERNARD J. NATALE | 3110-000 | N/A | 1,320.00 | 1,320.00 | 1,320.00 |
| BERNARD J. NATALE | 2100-000 | N/A | 1,250.00 | 1,250.00 | 1,250.00 |
| ATTY. BERNARD J. NATALE | 3120-000 | N/A | 28.32 | 28.32 | 28.32 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $2,638.32 | $2,638.32 | $2,638.32 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 4,086.42 | 4,183.19 | 4,183.19 | 341.27 |
| 2 | Discover Bank | 7100-000 | 8,283.72 | 8,469.36 | 8,469.36 | 690.92 |
| 3 | American InfoSource LP as agent for | 7100-000 | 4,235.17 | 4,388.39 | 4,388.39 | 358.00 |
| 4 | Capital One, N.A. | 7100-000 | N/A | 3,290.61 | 3,290.61 | 268.44 |
| 5 | Capital Recovery V, LLC | 7100-000 | 1,472.23 | 1,472.23 | 1,472.23 | 120.10 |
| 6 | Capital Recovery V, LLC | 7100-000 | 3,339.00 | 3,413.92 | 3,413.92 | 278.50 |
| 7 | Portfolio Recovery Associates, LLC, Successor | 7100-000 | 3,732.03 | 3,732.03 | 3,732.03 | 304.45 |
| NOTFILED | Meyer & Njus, P.A. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | GC Services Ltd | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Kohl's Credit/Recovery | 7100-000 | 2,398.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears | 7100-000 | 5,702.34 | N/A | N/A | 0.00 |
| NOTFILED | Macy's Bankruptcy Processing | 7100-000 | 2,802.46 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Alliance One Receivables Management | 7100-000 | unknown | N/A | N/A | 0.00 |
|---|---|---|---|---|---|---|
| NOTFILED | Nations Recovery Center Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Allied Interstate | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Allied Interstate | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Citi Cards Private Label | 7100-000 | 8,051.55 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $44,102.92 | $28,949.73 | $28,949.73 | $2,361.68 |

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** | 14-82829-RNDG | |
| **Case Name:** | FOGERTY, SANDRA L. | |
| | | |
| **Period Ending:** 08/10/15 | | |

| | |
|---|---|
| **Trustee:** | (330370)   BERNARD J. NATALE |
| **Filed (f) or Converted (c):** | 09/18/14 (f) |
| **§341(a) Meeting Date:** | 10/16/14 |
| **Claims Bar Date:** | 02/09/15 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | **Asset Description**<br>**(Scheduled And Unscheduled (u) Property)** | **Petition/**<br>**Unscheduled**<br>**Values** | **Estimated Net Value**<br>**(Value Determined By Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **Property**<br>**Abandoned**<br>**OA=§554(a)** | **Sale/Funds**<br>**Received by**<br>**the Estate** | **Asset Fully**<br>**Administered (FA)/**<br>**Gross Value of**<br>**Remaining Assets** |
| 1 | 725 Tanglewood Drive, Algonquin IL 60102 | 160,000.00 | 0.00 | | 0.00 | FA |
| 2 | First Merit Bank checking and savings | 299.00 | 0.00 | | 0.00 | FA |
| 3 | Household goods | 1,992.00 | 0.00 | | 0.00 | FA |
| 4 | Pictures and books | 100.00 | 100.00 | | 0.00 | FA |
| 5 | Clothing, purses, shoes | 475.00 | 0.00 | | 0.00 | FA |
| 6 | Jewelry | 250.00 | 0.00 | | 0.00 | FA |
| 7 | Ameritrade 401(k) | 7,135.55 | 0.00 | | 0.00 | FA |
| 8 | 2008 Ford Edge | 10,000.00 | 5,391.00 | | 5,000.00 | FA |
| **8** | **Assets    Totals (Excluding unknown values)** | **$180,251.55** | **$5,491.00** | | **$5,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**     May 1, 2015          **Current Projected Date Of Final Report (TFR):**     March 19, 2015  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 14-82829-RNDG | **Trustee:** BERNARD J. NATALE (330370) |
| **Case Name:** FOGERTY, SANDRA L. | **Bank Name:** Rabobank, N.A. |
| | **Account:** *******66 - Checking Account |
| **Taxpayer ID #:** **-***2071 | **Blanket Bond:** $8,842,000.00  (per case limit) |
| **Period Ending:** 08/10/15 | **Separate Bond:** N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/20/14 | {8} | Sandra Fogerty | Sale on Vehicle to Debtor | 1129-000 | 5,000.00 | | 5,000.00 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,990.00 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,980.00 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,970.00 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,960.00 |
| 05/28/15 | 101 | BERNARD J. NATALE | Dividend paid 100.00% on $1,250.00, Trustee Compensation;  Reference: | 2100-000 | | 1,250.00 | 3,710.00 |
| 05/28/15 | 102 | American InfoSource LP as agent for | Distribution paid  8.15% on $4,388.39; Claim# 3; Filed: $4,388.39; Reference: | 7100-000 | | 358.00 | 3,352.00 |
| 05/28/15 | 103 | Capital One, N.A. | Distribution paid  8.15% on $3,290.61; Claim# 4; Filed: $3,290.61; Reference: | 7100-000 | | 268.44 | 3,083.56 |
| 05/28/15 | 104 | Portfolio Recovery Associates, LLC, Successor | Distribution paid  8.15% on $3,732.03; Claim# 7; Filed: $3,732.03; Reference: | 7100-000 | | 304.45 | 2,779.11 |
| 05/28/15 | 105 | ATTY. BERNARD J. NATALE | Combined Check for Claims#ATTY,EXPENSES | | | 1,348.32 | 1,430.79 |
| | | | Dividend paid 100.00%        1,320.00 on $1,320.00;  Claim# ATTY; Filed: $1,320.00; Reference: 1/04/14-12/17/14 | 3110-000 | | | 1,430.79 |
| | | | Dividend paid 100.00%          28.32 on $28.32;  Claim# EXPENSES; Filed: $28.32 | 3120-000 | | | 1,430.79 |
| 05/28/15 | 106 | Capital Recovery V, LLC | Combined Check for Claims#5,6 | | | 398.60 | 1,032.19 |
| | | | Dividend paid  8.15% on          120.10 $1,472.23; Claim# 5; Filed: $1,472.23 | 7100-000 | | | 1,032.19 |
| | | | Dividend paid  8.15% on          278.50 $3,413.92; Claim# 6; Filed: $3,413.92 | 7100-000 | | | 1,032.19 |
| 05/28/15 | 107 | Discover Bank | Combined Check for Claims#1,2 | | | 1,032.19 | 0.00 |
| | | | Dividend paid  8.15% on          341.27 $4,183.19; Claim# 1; Filed: $4,183.19 | 7100-000 | | | 0.00 |
| | | | Dividend paid  8.15% on          690.92 $8,469.36; Claim# 2; Filed: $8,469.36 | 7100-000 | | | 0.00 |

| | | |
|---|---|---|
| Subtotals : | $5,000.00 | $5,000.00 |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 14-82829-RNDG | | Trustee: | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| Case Name: | FOGERTY, SANDRA L. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | *******66 - Checking Account |
| Taxpayer ID #: | **-***2071 | | Blanket Bond: | $8,842,000.00  (per case limit) |
| Period Ending: | 08/10/15 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 5,000.00 | 5,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 5,000.00 | 5,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $5,000.00 | $5,000.00 | |

| Net Receipts : | 5,000.00 |
|---|---|
| Net Estate : | $5,000.00 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| Checking # *******66 | 5,000.00 | 5,000.00 | 0.00 |
| | $5,000.00 | $5,000.00 | $0.00 |

{} Asset reference(s)